# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Michael Louis TREHERN,<br><br>Defendant. | Case No.: 20MJ0330<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about January 24, 2020, within the Southern District of California, defendant Michael Louis TREHERN, did knowingly and intentionally import 500 grams and more, to wit: approximately 33.00 kilograms (66.14 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Jeffrey Rich
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 27th, DAY OF JANUARY 2020.

HON BARBARA L. MAJOR
U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On January 24, 2020, at approximately 4:36 AM, Michael Louis TREHERN, ("TREHERN"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #26. TREHERN was the driver, sole occupant, and registered owner of a 2001 Honda Accord ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer received two negative Customs declarations from TREHERN. TREHERN stated he was crossing the border to go to San Diego, California.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the vehicle's rear quarter panels.

Further inspection of the vehicle resulted in the discovery of 59 packages concealed in the vehicle's rear quarter panels, with a total approximate weight of 30.00 kgs (66.14 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

TREHERN was placed under arrest at approximately 6:15 AM.

During a post-Miranda interview, TREHERN admitted that he was going to be paid an undisclosed amount of money to smuggle the narcotics into the United States. TREHERN claimed to be driving the narcotics to Los Angeles, California.

1

TREHERN was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.

Executed on January 24, 2020, in San Diego, California.

_____          1/24/20  2:24 pm
Jeffrey Rich, HSI Special Agent                           Date/Time

On the basis of the facts presented in this probable cause statement consisting of three pages, I find probable cause to believe the defendant, Michael Louis TREHERN, named in this probable cause statement, committed the offense on January 24, 2020 in violation of Title 21 USC 952 and 960, Unlawful Importation of a Controlled Substance.

_____          8:54 PM, Jan 24, 2020
Honorable Barbara L. Major                             Date/Time
United States Magistrate Judge

2